CV- 07-00019

Attn: pro se clerk: United States District Courts
9th Ninth Federal District, 300 Ala Moana Blvd
C-338, Honolulu, Hawaii 96850-0338
Applicable Jurisdiction for the 9th to Guam:

FILED
DISTRICT COURT OF GUAM
JUL 12 2007
MARY L.M. MORAN
CLERK OF COURT

Jamesleyn O'Hines Lynch V.

Hawaii Federal Bureau Invest. (et al)
Viola Yamamoto, Lt. McOnrob, Wilmer
Fig. Tarantino, Mike Tarantino, Bell
Lin, MCS Carnival operators, "Rick"
"Toyota bu" Maisonetto, Vasquez,
Alexius Uringer, State of Hawaii.

: 28 USC §1608
: 42 USC §1983
: 28 USC §7335

"Jury Trial Demanded"
INS. 8 USCA
§§ 1101-1637
Immigration Illegal.

A. Jurisdiction

This Court has jurisdiction pursuant to:
A. 28 USC § 1343 (a)(3) 42 USC § 1983
B. 28 USC § 1331 Bivens v six unknown Fed. Narc Agents
C. other: 42 USC § 2562 appt of counsel prisoners
petition 408 US 388 (1971) Ultra Hazardous
Activity Tort 520 / 1977.

Via Santa Barbara, Hawaii to:
Institutions / cities where violations took place:
St. Louis, MO. while on parole. INS
San Diego Ca, Honolulu Hawaii, Phoenix, Az
Cyber-Net, computer telephone Interstate custody.
plaintiff's address: James Lynn Hines 197067
Box 3400, I.O.NS, Smitt Eyman Complex Meritia
Florence, AZ

James Lynn O'Hinis aka (Hines)
Box 3400 1-D-40 SMU Eyman Complex
ASPC Florence State Prison
Florence AZ 85232

In the United States District Court at Hawaii
For the District of Hawaii.

James Lynn Hines aka O'Hines v.

Hawaii Federal Bureau of Investigation or M/ Civil Case No.
Viola Yamamoto, Lt. McKenna, F(BI),
Wilson, Mike, TV reactions of Guam
Sr. T. of Q. Churches -

Application to proceed In forma Pauperis:
I James L. Hines declare in support of my request
to proceed in the above entitled case without pre
payment of fees under 28 USC § 1915, that I
am indigent. c. ²

James L Hines
/pro se/

And that I have enclosed a Trust Account Balance signed
by the authority at Inmate Banking, a certified
ledger for In forma pauperis.

Pre-filed Cases: 1999 to 2007* chrono.*

prior filings to Federal Cases California, Arizona, Nevada*
Yellow Fox v Correction Officers and Agents   207 cv 464 PAO JAT/MBW
Tambs Lynn Hines v. San Diego Police Dept. 207 cv-02270 Jat(mbw)
Hines v. Roger Dabbendum Assoc. et al.  205 cv 3412*
Hines v. Cal   206 cv-168.*
Hines v. Arizona Attorney General  205 cv 2687
Hines v. California Corrections Department et al  207 cv 2689
Sponsored by Jess Gibs Gibs-Clark Administratrix San Diego Air
O'Hines v. Gibs  205 cv 2524
Hines v. StringCollins  207 cv 180
Hines v. Berrios  205 cv 2958
Hines v. Rice, T. et al. 206 cv 2247
Hines v. Napolitano  207 cv 713
O'Hines v. Peltier et al  206 cv 3071
Sponsored by Kobol Az Calif Ariz. Dept. of Corr.
Hines v. Johnson  207 cv 00683 Jat(mbw)
Hines v. Ontiveros  206 cv 2825
Hines v. ADOC  207 cv 256
Hines v. Bakersfield phoenix  207 cv 0789 Jat(mbw)
Hines v. Ontiveros et al  206 cv 2523
Hines v. Ontiveros et al  206 cv 2095
Sponsored by Sea Squad Internal Affairs Division(s)
Hines v. McEnroe:  cv 1666 Rhs Jat(VAM)
Hines v. West Side Faith Temple Catholic Church etal
W et al Bare Star (rcw)

Repeated Robberies, Sexual, rapists in nature for plaintiffs to demand relief showing 3 strikes and immense damages. See: Hines v. Central Coasta Western v. Qas Wa Tran

Case 1:07-cv-00019   Document 1   Filed 07/12/2007   Page 3 of 10

(3)

Constitutional Federal Rights Violations - 4th

IV and U.S. Constitutional Amendment. The right of people to be safe, secure in their homes, prison cells, schedules and services or things to be seized.

Cuba Park Involves: DEA Retaliation by chief of Govt. personnel for speculated Manson family involvement of Uncle Bobby Beausoleil at San Quentin.

Supporting facts: Ms. Vicky Yamamoto, union wife of Dr. Ken Young, has pursued computer home invasion with other detainers who work by Commerce to Az, Cai, me Dept of Commerce. And frequently visit Hawaii, Guam, & Japan. The dictator failed to provide us compensation for (1) Blue Coral fly trough Blue. (2) extradited plaintiff and entire Calif. side to distrib a ministry of plaintiff non-polynesia, Hawaii Guam Japan with detainers (Immigration Sharing over Honored citizens). Nevada. Rights of private property taken for public use when our compensation, deprived of 3 Injuries - Lost expectations for opportunities in Los Angeles, Korea tour for married Army academies. and on a victor for plays or series. Denied our attorney to Yamamoto at Hawaii from california "Bryant Yamamoto" racism of california, threat w sidney w/ INS, loss of property.

Administrative Remedies:
Yes. Appeals. I/m Letters us to overbearing. Warden Sermon - Abq. * 10/8/06

Constitutional Federal Rights Violations:

IV. 5th Life, liberty or property w/out due process of law, life, or limb w/out just compensation (?).
Abduction and kidnapping, child and parent 18 USCA 1201
1 Am Jur 2d Abduction and kidnapping § 14 nt 135 1994.
Count One involves Retaliation
forward Bobby Prijatelos, cousin Silver Mikes, Son Quenna, Falcon high annual custody of family members of Rainbow family, two early Florida school graduates."

Supporting facts:
Defendants: Members, aka Silver Fizi-Horses. Kidnapped parents and parents child with japanese computer transfer, state to state using Honolulu St Thomas of Aquinas Churches to defraud access, comfort, sacraments, and Sapruto Par allow theis arrested to suddenly committed homesick of child Sept Oct 2006 to 2007. Defendants did Abrogate Missouri 96 to deprive Liberty Interests "Spirit of St. Louis".

Injuries: loss of child. ARS 26-236 (C.3)
Loss of property you song lyrics.
Loss of Assistance of Advising counsel.
physical trauma co/ ptsd poo00. Computer Avt. 3
time, money and other physical health problems. CMS

Administrative Remedies: Yes. w/ 8/06. temporarily

Constitutional Federal Rights Violations

XI 11th As a San Diego southpoint town hospital [illegible] to not be sued by computer for insurance to [illegible] double jeopardy in earlier case [illegible] of foreign affairs. Fiji Islands, Guam, Japan, harassed by computer.

Court Doc Inquiries: [illegible] Moorehead
Banners with Law enforcement to create provisional [illegible] to Dept. of Corrections offices with [illegible] laws over laws of Federal [illegible] authority by Computer Trespasslabs.

Supporting facts: Wilson Fays Thompson.
In travels [illegible] to U.S. mainland after phone to [illegible] injuries, commonly used in Japan. Quad anti [illegible], to slander, libelly defamation of character [illegible] of [illegible] [illegible], taken child for Jarvison offenses and upset by Dorothy the local community of people, San Diego, Juneau, and Los Angeles [illegible] Asian [illegible]. Harassed by [illegible] suggestions and accusations, Kim oo /Rich Chance has named plaintiff is father to Kimlee, [illegible]/prayer over to Rich Chance. Oh

Injuries: loss [illegible].
physical and psychological traumas, loss of life, libel, denial of right to pursue fatherhood, son to protect [illegible], cancer, ([illegible] devoted to head [illegible] 1997) private small prisons death of child, autism, murder – DYV involvement, loss of [illegible] officers w/out computer

Administrative Remedies: Yes
10/3/06  [signature]

Constitutional Federal Rights Violations:
~~I 10th amendment rights at usual States Gen and~~
~~Sense Federal laws - to the people not to be~~
~~prohibited~~

Ground One Injustice: ~~DR Reinalcastro~~
Allegation: Smith's daughter Mrs. Judy Bowman lost her handkerchief to me in a 4H ceremony when defendants put in a play "backwards Cancers" and claim bad intent on part of plaintiff. Cancer, HIV +.
Supporting facts: Defendant Mrs. Thornton.
While at Sandspit Rehab, defendant stood by I.A. card to claim testimonial intercourse to Tampa galaxies in Vic Guam, Hawaii, and Fiji Islands in Massachusett, and U.S. commonly of mainland for possible contribution to rumored defender knowledge as a Smith's employee. This is part of pre-concerned conspiracy against plaintiff. It is a violation of Constitutional guidelines to be cleared copies fairly.

Injury - Loss of good name.
Loss of property. +
Loss of Life Limb. "
Loss of Neurological power us I.Q. -90 to 120."
Loss of Memory G.H.B. poisoning. "

Administrative Remedies:
Your 10/5/06 ~~pendency~~ it appears to have ~~written decisions.~~

# List of Defendants & Page No.s - Index

1. John Pintza atty at law
2. Darwin Shaw prea legal
3. Jason Leonard atty at law
4. Peter Daddato and associates
5. Marla L. Schaffer public def.
6. Kenneth Countryman pd.
7. Jim Rummage public def
8. Charles R. Krull public def.
9. Christopher Chrisurian
10. Consumer Restmass
11. Bill Lockyer
12. Arizona State Bar Association

---

1. Sheriff Joe Arpaio Phoenix Police
2. Officer Kincannon
3. Officer Evans
4. Cuclor Mbrxz
5. Patrick Nurrison
6. Sean Dronth

---

1. Crossett, David Phoenix Fire Dept.
2. Martinez, Muavel J JR
3. Duran Jonathon
4. Webb, John J.
5. Patrural, Ben
6. Cullvughn Jeffrey L.
7. Edmondson, Dudley P.
8. Borains, Jerrod
9. Endinu, Joaquin

List of Docs and page no.'s

1. Jerry Galaza Jr.
2. Richard Martinez aka McKay
3. Juanita Anderson aka Caldwell
4. Lisa Green
5. Casey Corcoran
6. Terry Tolbert
7. Cathy Fitzgerald
8. Linda Kowalski
9. Maureen Bolton
10. Edward Quintana Hernandez
11. Chowmp director Jane Smith
12. Southpoint On Jarvis
13. Desert Sun Hotel "Red Hartfield"

M
1. Gullwyne of Susan Barbara Cu.
2. Osmond of Susan Barbara Cu.
3. Zimmerman-McDonald, Inose.
4. Region IV parole Dept. Gang Pres
5. Dr. Bowman SOPP UCSB COI/SDOU.

1. Ofc Marrone *
2. Ofc Friedenmuller *
3. Ruiz of I.G.I. T.H.T. SSU *
4. Ortiz of I.G.I. T.G.I. SSU *
5. Gideon, George of Corcoran State Prison *

TEMPORARY RESTRAINING orders without Notice Fed civ. R—
/ Hinks v. / Rox Rox Ritchie et al eg ---
v. Patricia Lynn Harts

James Lynn Hinks  v

v. Linda Sue Pierson-Clark

1. JAQEULEN HISSONG — Cathy Fitzgerald Pucchesa
2. Linda Hissong Kowolski — 7ut Cuts Bar und Bathause
3. Dr. Miller-Jadda — 915 Grand Ave Phoenix, Az.
4. Viola Yamamoto
5. Linda Elzy Hatfield — MCS Carnival Operators.
6. Lori Elzy Stovall — C/o Mulsoootron:
7. Cindy Hall — Rick Yamamoto:
8. Cotti Friedenmaker — tho Elzy Hatfield String follows.
9. Irene Zimmerman McDonald
10. Alociaslloungia — Cache creek custom of Arizona:
11. Vera Atkinson — Apache Junction.
12. Lisa Hatfield — "tho Pierson families"
13. Maura Cook — "tho Gaston families"
14. Nancy Hayes
15. Lisa Gaston — Fed civ. R. procedures) Rule 4.01
16. Casey Gorman — Serving the United States, Its Agencies
17. Joanne Elzy Hatfield — Corporations, Officers or Employees.
18. Flossie Henderson — Coc, Aore credit union consumers) C/o "us.
19. Maureen Polton
20. Suzie Q. Henderson
21. Sgt Hoyt at Phoenix Az etal.
22. Pamela Pimba Hissong-Oslo Clark
23. Cindy Smith
24. Amber Culver P-Mikes aka.
25. "Irvins" at San Luis Obispo area