Motions and proof of service:

Federal Rules of Civil procedure Rule 4. (j) Service upon Foreign, state, or local Governments.

CV - 07-00019

FILED
DISTRICT COURT OF GUAM

JUL 12 2007

MARY L.M. MORAN
CLERK OF COURT

James Lynn O'Hinks 197267

V.

Hawaii Federal Bureau of Investigation* et al. Vida Yamamoto, for Lt. Meonroe, Fig, Wilma, Mike Tarantino.

28 USC § 1608
42 USC § 1983.

(1) Service upon a foreign state or a political subdivision, agency, or instrumentality thereof shall be effected pursuant to 28 U.S.C. § 1608.

(5) Service upon state, (a state), municipal corporation, or other governmental organization subject to suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by the serving of the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant.

(k) Territorial Limits of Effective Service
(1) Service of a summons or filing a waiver of service is effective to establish jurisdiction over the person of a defendant.

6. If the exercise of jurisdiction is consistent with the Constitution and laws of the United States, serving a summons or filing a waiver of service is also effective, with respect to claims arising under federal law, to establish personal jurisdiction over the person of any defendant who is not subject to the jurisdiction of any state.

## Proof of Service:

I, plaintiff and inter pleader do solemnly swear I mailed, dated, and signed to Notify and Sue the defendant(s) at below listed addresses.#

Attn: pro se clerk
United States District Courts
District of Hawaii
300 Ala Moana Blvd. c-338
Honolulu, Hawaii 96850-0338.

*[signature]*

Within the 120 days time limits of correspondence Info: Hines v.S., Eno.#

# Motion Fed. Civ. R. ----#

Federal Civil Rules of Procedure Rule 5 (e) Same Numerous defendants: In any action in which there are unusually large numbers of defendants the the court upon motion or of its own initiative may order that the service of the pleadings of the defendants and replies thereto need not be made as between the defendants and that any cross-claim counter-claims or matter constituting avoidance or affirmative defenses contained therein shall be deemed to be denied or avoided by all other parties and that the filing of any such pleading or service thereof upon the plaintiff constitutes due notice to the parties. A copy of every such order shall be served upon the parties in such manner and form as the court directs. See list of Defendants - R 1 - (e) Intervention Final Decision on the merits. Unless the court r set at a later time The attorney General may intervene within 60 days after the notice of constitutional question is filed or after the court certifies the challenge whichever is earlier. Before the time to intervene expires the court may reject the constitutional challenge but may not enter a final judgment holding the statute unconstitutional.
    Adequate Movant does so hereby Request this court to grant Fed. Civ. Rs. procedurally to not deny the pursuit of justice