# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| James Lynn O'Hines,<br><br>Plaintiff,<br><br>vs.<br><br>Hawaii Federal Bureau Invest, et al.,<br><br>Defendants. | Civil Case No. 1:07-cv-00019<br><br><br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order filed August 21, 2007.

Dated this 21st day of August, 2007, Hagatna, Guam.

**/s/ Jeanne G. Quinata**
Clerk of Court