GUD NT ENT (8/05)

## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| James Lynn O'Hines, <br><br> Plaintiff, <br><br> vs. <br><br> Hawaii Federal Burea of Invest., et al., <br><br> Defendants. | Case No. 1:07-cv-00019 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following orders:

**Order filed on August 21, 2007**
**Clerk's Judgment filed on August 21, 2007**
**Date of Entry: August 21, 2007**

The original orders are on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 22, 2007                                Clerk of Court
                                                         **/s/ Jeanne G. Quinata**